NUMBER 13-08-004-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


______________________________________________________________

 

IN THE MATTER OF THE ESTATE OF MICHAEL S. MOSES
 

_____________________________________________________________


On Appeal from the County Court at Law No. 2 


of Victoria County, Texas.


______________________________________________________________


MEMORANDUM OPINION


 

Before Justices Rodriguez, Garza, and Benavides


Memorandum Opinion Per Curiam


 Appellant, Stephen Moses, attempts to appeal a judgment of contempt entered
against him on December 17, 2007. This court does not have jurisdiction to review
contempt orders by direct appeal. See Norman v. Norman, 692 S.W.2d 655, 655 (Tex.
1985); Tracy v. Tracy, 219 S.W.3d 527, 530 (Tex. App.-Dallas 2007, no pet.). Contempt
orders may be reviewed only by an application for a writ of habeas corpus, if the contemnor
has been confined, or by a petition for a writ of mandamus, if the contemnor has not been
confined. See Rosser v. Squier, 902 S.W.2d 962, 962 (Tex. 1995); Ex parte Williams, 690
S.W.2d 243, 243 (Tex. 1985); Tracy, 219 S.W.3d at 290.

 The Court, having examined and fully considered the documents on file, is of the
opinion that the appeal should be dismissed for want of jurisdiction. Accordingly, the
appeal is hereby DISMISSED FOR WANT OF JURISDICTION. See Tex. R. App. P.
42.3(a), (c). 

 PER CURIAM

Memorandum Opinion delivered and

filed this the 6th day of March, 2008.